UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 20-137-DLB

JAMES D. ASHER                                                    APPELLANT

v.                          **JUDGMENT**

**COOK AND SONS MINING, INC.,**
**EARNEST COOK & SONS MINING, INC., et al.**                APPELLEES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today,

**IT IS ORDERED AND ADJUDGED** as follows:

(1)      The Bankruptcy Court's Order (Doc. # 1-1), is **AFFIRMED**;

(2)      The Appeal (Doc. # 1) is **DISMISSED WITH PREJUDICE**;

(3)      The action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(4)      This is a final and appealable order and no just cause for delay exists.

This 30th day of June, 2021.



Signed By:
*David L. Bunning* DB
United States District Judge

M:\DATA\ORDERS\PikeCivil\2020\20-137 Judgment.docx